UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:13-CR-5033 |
| | ) | JUDGE GREER |
| MATTHEW LEE COX | ) | |

UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the United States of America, by and through Nancy Stallard Harr, Acting United States Attorney for the Eastern District of Tennessee, and responds to the defendant's motion for early termination of his supervised release (R. 2) as follows:

The defendant was convicted of Conspiracy to Distribute a Schedule II Controlled Substance (Lesser Included Offense) in violation of 21 U.S.C. §§ 846 and 841(a)(1). The defendant was sentenced on October 25, 2010 to 30 months imprisonment, followed by five years of supervised release.

The United States has discussed the defendant's motion for early termination of supervised release with the United States Probation Office. U.S. Probation does oppose the motion for early termination. The defendant has been compliant with the terms of his supervised release and has completed over 50 percent of his overall term of supervised release. However, based on 18 U.S.C. § 3583(e)(1), U.S. Probation feels that he is not eligible for early term release due to a Domestic Assault conviction in 2007, in which a handgun was used to intimidate the victim.

Accordingly, the United States also objects to the defendant's motion for early termination of his supervised release and believes that such a request is inappropriate at this time.

Respectfully submitted,

NANCY STALLARD HARR
Acting United States Attorney

By: *s/ Wayne Taylor*
DONALD WAYNE TAYLOR
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
423/639-6759

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2016, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By: *s/ Wayne Taylor*
DONALD WAYNE TAYLOR