UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13-CR-5033 |
| | ) | |
| MATTHEW LEE COX | ) | |

ORDER

This criminal matter is before the Court to address the defendant's *pro se* motion for termination of his term of supervised release, [Doc. 2]. After consultation with the United States Probation Office ("Probation Office"), the government opposes this motion. Both the government and the Probation Office cite the defendant's prior conviction for domestic assault where a handgun was used to intimidate the victim. The Court notes that the defendant has completed over half of his term of supervised release and has been compliant with all requirements of his supervised release. However, the Probation Office's recommendation and the potential for safety concerns raised by his prior domestic assault conviction do not support termination of his supervised release. Based on 18 United States Code § 3583(e)(1), the Court does not find in the interest of justice that the defendant's term of supervised release should be terminated. Therefore, it is hereby ORDERED that the defendant's motion for early release, [Doc. 2], is DENIED.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE